

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-14-00547-CV

**IN THE INTEREST OF T.S.P.**, a Child

From the County Court at Law, Medina County, Texas
Trial Court No. 07-06-4710-CCL
Honorable Vivian Torres, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the portions of the trial court's judgment granting judgment for appellee Marsalie Zinsmeyer and against appellant Tad Dana Perry for (1) child support arrearages in the amount of $4,564.26 and (2) medical support arrearages in the amount of $5,602.74, and we REMAND the cause to the trial court for further proceedings consistent with this opinion. Additionally, we VACATE the portion of the trial court's judgment ordering appellant Tad Dana Perry to pay a $2,500 civil contempt fine to appellee Marsalie Zinsmeyer based on the August 20, 2013 order.

SIGNED August 26, 2015.

_____
Rebeca C. Martinez, Justice